Re:
**INTENT TO APPEAL**

Re: 13308-03 -Fischer          Tues 21, July 2015
SO⅏

Dear Mr Hottle, - 04-15-00418-CV

    I just received your letter
regarding my appeal, dated July 9, 2015.
I signed for it yesterday here at
Guadalupe Corection Center.
I am requesting that you extend my
filing period.
    Please send me indigent forms to
appley for financial assistance.
Also please send me a blank docketing form.
         (statement)
I donot have access to the necessary
information her at this facility.
    I appreciate your help with these
matters.

       Sincerely Yours,
        Margaret L. Fischer
2615 N Guadalupe St. Sequin, Tx 78155

please E-Mail
   Gregory S. Simmons Atty for Phillip Fischer
   Debra Crow. Clerk Guad Cty

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS
2015 JUL 24 AM 10:41
KEITH E. HOTTLE. CLERK

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JUL 24 AM 10: 41

KEITH E. HOTTLE, CLERK

Court of Appeals
Fourth Court of Appeals District
Cadena Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio, Tx 78205

7820530379 9

SAN ANTONIO, TX 780
RIO GRANDE DISTRICT
22 JUL 2015 PM 31

USA

FOREVER